JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| Bernacine Barnes | Monmouth County Division of Social Services/et al |

**(b)** County of Residence of First Listed Plaintiff    Monmouth
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Monmouth
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
          THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*
Mario J. Delano, Esq.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❑ 1  U.S. Government Plaintiff
- ❑ 2  U.S. Government Defendant
- ❑ 3  Federal Question *(U.S. Government Not a Party)*
- ❑ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*      *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 625 Drug Related Seizure of Property 21 USC 881 | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 365 Personal Injury - Product Liability | ❑ 690 Other | ❑ 423 Withdrawal 28 USC 157 | ❑ 376 Qui Tam (31 USC 3729(a)) |
| ❑ 130 Miller Act | ❑ 315 Airplane Product Liability | ❑ 367 Health Care/ Pharmaceutical | | | ❑ 400 State Reapportionment |
| ❑ 140 Negotiable Instrument | ❑ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ❑ 410 Antitrust |
| ❑ 150 Recovery of Overpayment & Enforcement of Judgment | ❑ 330 Federal Employers' Liability | Product Liability | | ❑ 820 Copyrights | ❑ 430 Banks and Banking |
| ❑ 151 Medicare Act | ❑ 340 Marine | ❑ 368 Asbestos Personal Injury Product | | ❑ 830 Patent | ❑ 450 Commerce |
| ❑ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❑ 345 Marine Product Liability | Liability | | ❑ 835 Patent - Abbreviated New Drug Application | ❑ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ❑ 840 Trademark | ❑ 470 Racketeer Influenced and Corrupt Organizations |
| ❑ 153 Recovery of Overpayment of Veteran's Benefits | ❑ 350 Motor Vehicle | ❑ 370 Other Fraud | ❑ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❑ 480 Consumer Credit |
| ❑ 160 Stockholders' Suits | ❑ 355 Motor Vehicle Product Liability | ❑ 371 Truth in Lending | ❑ 720 Labor/Management Relations | ❑ 861 HIA (1395ff) | ❑ 490 Cable/Sat TV |
| ❑ 190 Other Contract | ❑ 360 Other Personal | ❑ 380 Other Personal Property Damage | ❑ 740 Railway Labor Act | ❑ 862 Black Lung (923) | ❑ 850 Securities/Commodities/ Exchange |
| ❑ 195 Contract Product Liability | Injury | ❑ 385 Property Damage | ❑ 751 Family and Medical | ❑ 863 DIWC/DIWW (405(g)) | ❑ 890 Other Statutory Actions |
| ❑ 196 Franchise | ❑ 362 Personal Injury - Medical Malpractice | Product Liability | Leave Act | ❑ 864 SSID Title XVI | ❑ 891 Agricultural Acts |
| | | | | ❑ 865 RSI (405(g)) | ❑ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❑ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❑ 895 Freedom of Information Act |
| ❑ 210 Land Condemnation | ❑ 440 Other Civil Rights | **Habeas Corpus:** | ❑ 791 Employee Retirement Income Security Act | ❑ 870 Taxes (U.S. Plaintiff or Defendant) | ❑ 896 Arbitration |
| ❑ 220 Foreclosure | ❑ 441 Voting | ❑ 463 Alien Detainee | | ❑ 871 IRS—Third Party 26 USC 7609 | ❑ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❑ 230 Rent Lease & Ejectment | ❑ 442 Employment | ❑ 510 Motions to Vacate Sentence | | | |
| ❑ 240 Torts to Land | ❑ 443 Housing/ Accommodations | ❑ 530 General | | | ❑ 950 Constitutionality of State Statutes |
| ❑ 245 Tort Product Liability | ❑ 445 Amer. w/Disabilities - Employment | ❑ 535 Death Penalty | **IMMIGRATION** | | |
| ❑ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | **Other:** | ❑ 462 Naturalization Application | | |
| | ❑ 448 Education | ❑ 540 Mandamus & Other | ❑ 465 Other Immigration Actions | | |
| | | ❑ 550 Civil Rights | | | |
| | | ❑ 555 Prison Condition | | | |
| | | ❑ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❑ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ❑ 3 Remanded from Appellate Court
- ❑ 4 Reinstated or Reopened
- ❑ 5 Transferred from Another District *(specify)*
- ❑ 6 Multidistrict Litigation - Transfer
- ❑ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S.C. § 1443
Brief description of cause:
Plaintiff alleges violations of her civil rights and disabilities.

## VII. REQUESTED IN COMPLAINT:

❑ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ❑ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE                 DOCKET NUMBER

DATE
04/16/2018

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #       AMOUNT       APPLYING IFP       JUDGE       MAG. JUDGE

**CAMPBELL, FOLEY, DELANO & ADAMS, L.L.C.**
MARIO J. DELANO – 031531992
mdelano@campbellfoley.com
601 BANGS AVENUE
P. O. Box 1040
ASBURY PARK, NEW JERSEY 07712-1040
Telephone:  (732) 775-6520
Attorneys for Defendant, Monmouth County Division of Social
Services
Our File No.:  51-38,965-MJD

| | |
|---|---|
| Plaintiff<br>BERNACINE M. BARNES | UNITED STATED DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY |
| vs. | CASE NO.: |
| Defendants<br>MONMOUTH COUNTY DIVISION OF SOCIAL<br>SERVICES, FREEHOLDER-DIRECTOR<br>THOMAS A. ARNONE, FREEHOLDER-DEPUTY<br>DIRECTOR LILLIAN G. BURRY,<br>FREEHOLDER JOHN P. CURLEY,<br>FREEHOLDER-GERRY P. SCHAFENBERGER,<br>Ph.D., FREEHOLDER PATRICK<br>IMPREVEDUTO, STEVEN KLEINMAN, FRANK<br>TRAGNO, GLENN TALVERA, GWENDOLYN<br>THOMAS, ALICE O'CONNORS, LORRAINE<br>SCHEIBENER, JEFFREY SCHWART, JOANN<br>McWILLIAMS, ROBERT JAICHNER, HETTY<br>ROSENSTEIN, AMY KLINGHOFFEN, DIANE<br>PROCHNOW, VICTORIA JARDIN, ANTHONY<br>VECCHIO and JANNELL BLACKMAN | NOTICE OF REMOVAL BY<br>DEFENDANTS |

PLEASE TAKE NOTICE that defendants Monmouth County Division
Of Social Services, Freeholder-Director Thomas A. Arnone,
Freeholder-Deputy Director Lillian G. Burry, Freeholder John P.
Curley, Freeholder Gerry P. Scharfenberger, Ph.D., improperly
impleaded as Freeholder-Gerry P. Schafenberger, Ph.D., Freeholder
Patrick Impreveduto, Steven Kleinman, Frank Tragno, Glenn
Talvera, Gwendolyn Thomas, Alice O'Connors, Lorraine Scheibener,
Jeffrey Schwartz, improperly impleaded as Jeffrey Schwart, Joann
McWilliams, Robert Jaichner, Amy Klinghoffen, Diane Prochnow,
Victoria Jardin and Anthony Vecchio hereby remove Docket Number
MON-L-728-18, pending in the Superior Court of the State of New
Jersey, County of Monmouth, to the United States District Court

the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441 and/or 28 U.S.C. § 1443. The grounds for removal are as follows:

1.    On February 13, 2018, the pro-se plaintiff filed an action against the aforementioned defendants in the Monmouth County Superior Court seeking compensation for alleged financial, mental and emotional damage.

2.    While the hand-drafted complaint is not entirely clear, from what we can glean, the plaintiff alleges, among other things, she has been subject to violations of her civil rights and disabilities.  As such, she is alleging violations under 28 U.S.C. § 1443 and 42 U.S.C. § 12101. (See Complaint, attached hereto as Exhibit A).

3.    This Notice of Removal is timely filed as the defendants were served on March 19, 2018. (See served Summonses for 18 defendants, attached hereto as Exhibit B).  As the Court can see, there are three defendants who have not yet been served, but that does not change the fact that this Notice is timely.

4.    A copy of this Notice will be file promptly with the Clerk of the Superior Court.  That filing will automatically affect the removal of the subject action to this Court in its entirety, for future proceedings pursuant to 28 U.S.C. § 1446 (b)(1).

Respectfully submitted,
Campbell, Foley, Delano & Adams, LLC


MARIO J. DELANO
Attorney for Defendants

Dated:  April 16, 2018

## CERTIFICATION OF SERVICE

I hereby certify that on April 16, 2018, I sent the

foregoing document by Certified & Regular Mail to the following:

Bernacine M. Barnes
303 7th Avenue, Apt. 3
Asbury Park, NJ  07712

_____
MARIO J. DELANO
Attorney for Defendants

MON-L-000728-18   02/13/2018  Pg 1 of 10 Trans ID: LCV2018377985

# Form A

RECEIVED
FEB 13 2018
SUPERIOR COURT OF NEW JERSEY
MONMOUTH VICINAGE
FINANCE DIVISION

Plaintiff or Filing Attorney Information:

Name BERNACINE M BARNES

NJ Attorney ID Number _____

Address 303 7th Avenue Apt 3
Ashbry Park NJ 07712

Telephone Number (732) 685-2432

* P.O. Box 1281
Asbury Park, NJ 07712

Fee Attached — 250
Batch # — 840
Check # —
Cash Reference # — 1690
Overpayment Amount —

Superior Court of New Jersey
_____ Division _____ County
_____ Part

BERNACINE M. BARNES,
                              Plaintiff,

Monmouth Canty Division Of
Social Services. (ET AL)
See Attached Defendant List   Defendant(s).

Docket No: L-728-18
(to be filled in by the court)

Civil Action

Complaint

Plaintiff, BERNACINE M. BARNES , residing at
         (your name)
303 7th Avenue Apt 3 , City of Asbury Park
(your address)                              (your city or town)
County of Monmouth .
         (your county)

State Of New Jersey, complaining of defendant, states as follows:

1. On MARCH 1 , 20 16. Monmouth Canty Division Of Social Services , Defendant (ET AL)
(name of person being sued)
(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.) Bernacine Barnes
Is Filing Because Of A History And A Pattern Of Harassment,
Fraudulent Write Ups, Violation Of Civil Rights, Disabilities.
Infractions, Intimidation Embarassment, Suspensions Court Proceedings
False Accusations Culminating In Bernacine M Barnes Municipal
Unlawful Termination. I Have Suffered Financial Mental And Emotional
Demage And Is Seeking Compensation For Her Decades Of Persecution At Her
The defendant in this action resides at 3000 Kozlouski Road Freehold, NJ 07712 , Employment.
                              (defendant's address)
In the County of Monmouth ,State of New Jersey.
         (name of county where defendant lives)

2. Plaintiff is entitled to relief from defendant under the above facts,

FILED
FEB 16 2018
MONMOUTH VICINAGE
CIVIL DIVISION  255

EXHIBIT A

## Form A

3. The harm that occurred as a result of defendant's acts include:  (list each item of damage and injury)

1. Last Of Wages etc

2. Hostile Work Environment

3. Disability Discrimination, Multi Harassment
   Retal

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: 2-13-2018  Signature: Bernacine M. Barner

### CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief.  Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated.  Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit.  In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: 2-13-2018  Signature: Bernacine M. Barner

OPTIONAL:  If you would like to have a judge decide your case, do not include the following paragraph in your complaint.  If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.

### JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated: 2-13-2018  Signature: Bernacine M. Barner

EXHIBIT A-1

Defendant List:

1) Freeholder - Director: Thomas A. Arnone
2) Freeholder - Deputy Director: Lillian G. Burry
3) Freeholder - John P. Curley
4) Freeholder - Gerry P. Schafenberger, Ph. D,
5) Freeholder - Patrick Impreveduto
6) Steven Kleinman
7) Frank Tragno
8) Glenn Talvera
9) Gwendolyn Thomas
10) Alice O'Connons
11) Lorraine Scheibener
12) Jeffery Schwarct
13) Joann Mc Williams
14) Robert Jaichner
15) Hetty Rosenstein
16) Amy Klinghoffen
17) Diane Prochnaw
18) Victoria Tardin

19) Anthony Vecchio
20) Jannell Blackman

EXHIBIT A-2

# TO: BOARD OF REVIEW FINAL UIB APPEAL. DOCKET # DKT00131707, TO STEVE KLEINMAN, AND TO: HONORABLE: T. CALIGUIRE.

Bernacine Barnes <bbarnes196319632@gmail.com>

Fri 12/15/2017 4:16 PM

To:The UPS Store #4433 <store4433@theupsstore.com>;

12/15/2017, TO: BOARD OF REVIEW-UIB FINAL APPEAL. ATTN: HONORABLE JUDGE T. CALIGUIRE,  NO DISRESPECT INTENDED, I TYPE IN ALL CAPS DUE TO POOR EYESIGHT. I WILL ONLY BE ADDRESSING A FEW MATTERS OF CONCERN, STARTING WITH THE PINNACLE ISSUE. ***LETTER DATED MARCH 30, 2017, DIANE SELLING AVON IN MCDSS/MCHSS BUILDING FOR DECADES, ROBERT JACHINER STALKING ME INSIDE THE BUILDING, AND WATCHING ME OUTSIDE THE BUILDING, THROUGH THE WINDOW IN MY SUPERVISOR OFFICE, AND SINGLING ME OUT BY DOCKING MY TIME UNJUSTLY. THIS LETTER DESCRIBES DIANE PROCHNOW, AND ROBERT JAICHNER, ACTIONS AND CONDUCT IN FRONT OF FELLOW CO-WORKERS WHILE SITTING IN DIANE OFFICE, ENTERTAINING, LAUGHING, AND ALLOWING FELLOW CO-WORKERS, TO ENTER AND EXIT HER OFFICE PICKING UP THEIR AVON PACKAGES. WOW, TO DATE: ROBERT JACHINER, HAS NEVER BEEN REPRIMANDED FOR SUCH ACTIONS, AND CONDUCT, NO ONE HAS SENT ME BACK A RESPONSE PER MY REQUEST. REGARDING OF ROBERT J, VILE, UNACCEPTABLE, ACCOUNTABILITY OF NON-PROPER AGENCY POLICIES AND PROCEDURES. YES, ANOTHER INCIDENT SWEEP UNDER THE ENGRAINED SOILED CARPET. THIS WAS THE PINNACLE "MOTIVE AND INTENT" FOR MCDSS, ASSOCIATE'S, AND ROBERT J, ACTING TOGETHER IN COLLUSION WITH DIANE P, AND JOANN M, TO FALSIFY, DISCREDITED, INVALIDATE THE OUT COME OF THE CASE IN COURT, DECEMBER 12, 2017, MY REPUTATION HAS BEEN WRONGLY IGNITED, SLANDERED, AND MALIGNED. ***LETTER DATED:  ***FEBRUARY 2, 2017, "REALITY/DECERTIFICATION [185] [186] LAST CHOICE. UNION PRESIDENT TAKING SIDES, WILLFULLY DECEIVING THE COURT'S, NOT REPORTING MATTER OF CONCERNS FOR ALL MEMBER'S, AND DENYING FAIR REPRESENTATION TO ALL MEMBER'S, FOR REASONS LIKE THESE, A PETITION WAS STARTED PRIOR THIS DATE TO REMOVE THE UNION PRESIDENT. YES, JOANN MCWILLIAMS, FROM HER POSITION, AS OF ***JANUARY 1, 2018, THE MEMBERS HAVE SELECTED A NEW PRESIDENT. YES, I RECEIVED PHONE CALLS OF HAPPINESS. ADDITIONAL IN HOUSE OBSERVATIONS/INFORMATION, ***LETTER DATED: ***AUGUST 21, 2017 "LOCAL UNION BYLAWS"). ***LETTER DATED: AUGUST 21, 2015, "DEAR UNION MEMBERS: FROM PRIOR UNION VICE PRESIDENT.  REPEAT: ***LETTER DATED: MARCH 30, 2017, "DAY OF MEETING CONFERENCE ROOM 239". "REALITY/FACTS (NOTICE OF COUNSELING) THE DATE THAT ROBERT JACHINER BALLED HIS FIST AND LUNGED AT ME STATING, "I'M THE ADMINISTRATOR I DO WHAT I WANT TO DO". STEVE K, CONFIRMED HIS STATEMENT IN THE 9/11/2017 MEETING IN FRONT OF ALL, "WHAT WAS HIS INTENT, MOTIVE, HE IS AN ADMINISTRATOR, AND HE CAN DO WHAT HE WANT TO DO". WOW! (NOW THAT'S A IN YOUR FACE PRIVILEGE STATEMENT). YES, ROBERT J, DECEPTIVE REASONS FOR THIS WRITE UP TO GET ME BEHIND CLOSED DOORS WAS ABOUT **1). ME CONTACTING MY UNION REPRESENTATIVE? **NOTATION: PLEASE NOTE THE BOTTOM OF THE SIGNATURES, (CWA UNION PRESIDENT) JOANN MC WILLIAMS, TOTALLY DISAGREES WITH HIS INVALID CLAIM AND SHE WRITES: "SIGNING UNDER PROTEST OF # 1, DENYING AN EMPLOYEE REPRESENTATION" ALSO,  THE (VICE PRESIDENT), LORENZO DANGLER STATED: "I JUST WANT TO ADDRESS THE MATTER AGAIN ABOUT NOT ALLOWING A UNION MEMBER TO CONTACT THEIR UNION REPRESENTATIVE". SO THE MEETING FOR (#-1). IS A DECEPTIVE FALSE CHARGE. (#-2). ROBERT JACHINER SAID I WAS DISRESPECTFUL BECAUSE I WROTE MY LETTER IN CAPS. I ASK ROBERT JACHINER, WHAT MAKE THIS LETTER ANY DIFFERENT FROM ALL MY OTHER LETTERS THAT I WRITE IN CAPS?. HE HAD NO ANSWER! JOANN M, QUICKLY SAID: "YOU CAN WRITE A DISCLAIMER LIKE FAITH DOES". SHE IS THE UNION (SHOP STEWARD). ***LETTER DATED: OCTOBER 6, 2016, SHOWING HER DISCLAIMER STATEMENT. SO THIS IS WHY I START MY LETTERS WITH. "NO DISRESPECT INTENDED, I TYPE IN ALL CAPS DUE TO POOR EYESIGHT". CLEAR UP FRONT (DISCLAIMER). IN REALITY THERE WAS NO REAL BASIC FOR 3/30/2017 MEETING, I WAS AGAIN SINGLED OUT, AND HIS VIOLENT OUTBURST, AND HIS CONDUCT PROVED HIS FAILURE OF ENTRAPMENT WAS UNSUCCESSFUL NOTE VITAL: HE LEFT EARLY LEAVING THE UNION PRESIDENT AND MY SUPERVISOR TO FINISH FILLING OUT MY "NOTICE OF COUNSELING". WOW! THE TWO OF THEM CALLED ME INTO THE ROOM, HANDED ME A SEALED ENVELOPE, AND SAID HE HAD TO LEAVE, SO DIANE AND JOANN FINISH FILLING IT OUT, AND DIANE SIGNED HER NAME TO THE COUNSELING FORM. NOTATION: I'M NOT A JUDGE, I'M NOT A LAWYER, I'M NOT A PROFESSOR, I'M NOT A PROFESSIONAL (IN MCDSS- MANAGEMENT). BUT WAIT, MY POINT IS COMING. ***LETTER

EXHIBIT A-3

MON-L-000728-18  02/13/2018 Pg 5 of 10 Trans ID: LCV2018377985

Mail - store4433@theupsstore.com                                         Page 2 of 3

DATED: MARCH 13, 2017 & MARCH 21, 2017, RE: SCANNING REQUEST. THIS INCIDENT WAS PRIOR THE (MARCH 30, 2017) MEETING. THIS COMPLAINT WAS BETWEEN ME AND MY SUPERVISOR (DIANE PROCHNOW), ROBERT JACHINER, (ASST-ADMINISTRATOR) FOR HIS FACT FINDING: REQUESTED IMMEDIATELY THAT I PROVIDE HIM THE REQUESTED "SPECIFY AND CLARIFY DETAILS". INDEED, I DID JUST WHAT WAS REQUESTED OF ME. "HERE'S MY POINT" BY HIM LEAVING EARLY (IN THE END) R. JACHINER ALLOWED MY SUPERVISOR DIANE P, TO DECIDE "HER" FINAL OUT COME, TO WRITE UP "HER" FINAL OUT COME AND TO EVALUATE "HER" FINAL DECISIONS FOR HER BIAS CONDUCT, AND TREATMENT OF ME. {{{NOBODY NEEDS TO BE A ROCKET SCIENTIST TO FIGURE THAT ONE OUT}}}. "LIGHT BULB" IN THE COURT OF LAW, ON LAW AND ORDER, AND IN A MURDER TRIAL, (MC MCCOY) CALLS THAT "PREMEDITATED WITH A MOTIVE AND INTENT". I'M SURE IF STEVE K. WAS REPRESENTING ME HE WOULD AGREE, OR MAYBE NOT. AGAIN, THE MEETING FOR (#-2) WAS ALSO A CLEAR AND DECEPTIVE FALSE CHARGE. I HUMBLY ASK: IS THIS AGENCY POLICY AND PROCEDURES?. ***LETTER DATED: 5/22/2017, "AGENDA FOR UNIT MEETING ON" (#-1). CALL LOGS AND CASE BANK:  THIS AGENDA FORM WAS GIVEN TO US TWO MONTHS AFTER MY ASSAULT. NOTATION: NO WHERE ON THIS AGENDA FORM DOES IT MENTION A TIME LIMIT TO BE ON THE PHONE WITH A CUSTOMER, (E). GIVES YOU TWO OPTIONS. ***SO AGAIN, ANOTHER DECEPTIVE CHARGE BY MY SUPERVISOR, EVERYBODY GOES TO THE WORKERS, EVEN, DIANE GOES MAINLY TO CHARLIE LASKAY FOR ANSWER, AND (SHE IS THE SUPERVISOR) "LIGHT BULB". DIANE PROCHNOW, (MY SUPERVISOR) HAS NEVER-EVER CAME ON THE FLOOR, AND TALK TO ANOTHER OPERATOR IN SUCH A HOSTILE TONE AND MANNER, YET, THIS IS HER "CONTINUOUS HISTORY PATTERN TOWARD ME". THAT IS WHY (TINA GALLAGHER), SAID: "I DON'T UNDERSTAND DIANE SHE JUST WAS ASKING A QUESTIONS". DIANE WAS SHOCKED, TAKEN BACK, AND BEWILDERED, THAT A WORKER STOOD UP FOR ME. (ENOUGH IS ENOUGH). I HUMBLY ASK: IS THIS POLICY AND PROCEDURES?. "MCDSS DON'T HAVE A PROBLEM WITH THE WAY DIANE P, TALKS TO ME ON THE FLOOR, STEVE K, GLENN T, AND OTHERS OFFICIALS HAVE SAID TO ME: "SHE IS YOUR SUPERVISOR". SO IN REALITY, YOUR HONOR'S, APPEAL BOARD MEMBER'S, AND OTHER PROFESSIONAL WITH A TITLE OF AUTHORITY. THIS GIVES YOU THE RIGHT TO DEMONSTRATE ACTS OF CONTEMPTIBLE SPEECH, UNCONTROLLABLE OUT-BURST'S, AND UNAPOLOGETIC DEMEANOR. TOWARD YOUR EMPLOYEES, FELLOW CO-WORKERSOR, AND COLLEAGUES ON THE FLOOR?, REFUSING TO HANDLE MATTER BEHIND CLOSED DOORS?, REFUSING TO APPLY COUNSEL OF OTHER ALTERNATIVE?. THAT DYSFUNCTIONAL REASONING, THINKING, AND LINE OF THOUGHT MAKES NO SENSE. BUT, YES, THIS IS ACCEPTABLE BEHAVIORS TOWARDS THE (UN-PRIVILEGE). THE WAY DIANE P, BELITTLES ME IN FRONT OF MY CO-WORKERS ON THE FLOOR, THE WAY DIANE P,  SINGLE ME OUT ON THE FLOOR IN FRONT OF MY CO-WORKERS. WORDS OF MY HEART REMAIN SILENT. PROVERBS 4:4;  SEPTEMBER 11, 2017, OTHER LETTERS OF STATEMENTS NOT LISTED. MCDSS LAWYER: STEVE KLEINMAN, STATED WHAT WAS ROBERT J. INTENT AND MOTIVE? YES, INDEED, BEFORE WE WENT INTO MARCH 30, 2017. MEETING. ROBERT J, HAD "MOTIVES AND INTENT" FOR RETALIATION, REVENGE, AND POWER HARASSMENT. YES, INDEED, YES, INDEED, FACTUAL TRUTH HURTS, WHEN THE TRUTH IS REVEALED, ONE'S EVIL DARKNESS HAS NOW COME TO THE LIGHT. SO HE NUMBED HIS PAIN UNTIL MARCH 30, 2017, HE STORED UP HIS RAGE UNTIL MARCH 30, 2017, YES, INDEED, HE LUNGED/BALLED FIST OUT AT ME ON MARCH 30, 2017, HE WANTED TO INTIMIDATE ME, HE WANTED TO MAKE ME FEEL POWERLESS, HE WANTED TO MAKE ME FEEL INSIGNIFICANT, AND HE WANTED TO SHOW ME HIS SUPERIORITY, IN THAT DECEPTIVE MEETING OF HIS CHOOSING. (DATE AND TIME). SO WHY LEAVE EARLY? "LIGHT BULB" ALSO, ***LETTER DATED: MARCH 30, 2016. I TYPED THIS LETTER PRIOR THE MEETING SO MY COMPLAINT OF ABUSE COULD BE SENT TO THE FREEHOLDERS, OR DOWNTOWN, (OPS). ***MCDSS VIOLATED ALL MY CIVIL & CONSTITUTIONAL RIGHT'S BY DEMANDING THAT I NOT CONTACT ANY HUMAN ABOUT MY PHYSIOLOGICAL ABUSES. (#UNTHINKABLE-IN2017), I ASK: IS THAT LAWFUL?, CONSTITUTIONAL?, CIVIL?, OR HUMANITARIAN?. YES, TIRELESSLY, I HAVE BEEN WRITING TO EXPOSE SUCH ABUSE OF MYSELF, FELLOW CO-WORKERS, AND CUSTOMER'S. ***LETTER DATED: AUGUST 5, 2013, (LETTER TO THE PRESIDENT OF THE UNITED STATES). CONTINUE: PER GWEN THOMAS, MY WRITTEN COMPLAINT NEVER WAS SENT TO HER DEPARTMENT (OPS)=OCCUPATIONAL PROFESSIONAL STANDARD, AND SHE REQUESTED OF ME TO PROVIDE HER A COPY, STAMP DATED: ***JULY 13, 2017, I ALSO USED LETTER DATED: ***MAY 26, 2017,  RE: MY SUPERVISOR, DIANE PROCHNOW REPRIMANDED FOR SELLING AVON FOR DECADES AS A BUSINESS AT WORK. LIKEWISE, TO REPORT HER {"RETALIATION"} TOWARD ME FOR REPORTING HER AND ROBERT J, CONDUCT/ACTIONS. (USING PAULA MACULLER/HER FRIEND). ***LETTER DATED: JUNE 23, 2017, ANOTHER "EVIL BIAS SCAM" ROBERT JACHINER HAS NEVER BEEN COUNSELED FOR ALLOWING SUCH CONDUCT, STALKING ME, NOR VIOLATING ME ON MARCH 30, 2017, HE WAS REWARDED A LAWYER FOR COURT, CO-LIAR, = (PROTECTION OF PRIVILEGE), JOANN M, KEEP CHANGING HER STATEMENT, DEPENDING ON WHO SHE IS TALKING TO. I HAVE PROVIDED ENOUGH DATE STAMPED  DOCUMENTATION OF HOW FOR "DECADE'S" I HAVE BEEN OPPRESSED,  MISTREATED, AND VIOLATED. BUT, (STILL I'LL RISE). IF I WIN OR LOSE, IF MY RETIREMENT BENEFITS ARE DENIED, EVEN IF, I LOSE MY JOB. (STILL I'LL RISE). YES, INDEED, (I'LL RISE) WITH MY RECORD OF LOYALTY, HONESTY, AND TRUTHFULNESS, THIS TYPE OF CONDUCT AND ACTIONS, PUTS A SMILE ON MY GOD JEHOVAH'S FACE. PROVERB 27:11;. I'M NOT THE FIRST TO GO THROUGH THE FIRE, IN TODAY'S WORKING SOCIETY, AND I WON'T BE THE LAST, BECAUSE,THE FORMER THINGS HAVE NOT PASSED AWAY AS OF YET. REVELATION 21: 4-5; I HAVE NOT HIDDEN ANY MISTAKES THAT I MAY OR MAY NOT HAVE MADE, I HAVE ADMITTED THEM FROM THE START. YES, ******JUDGE CALEMMO: TOOK HER TIME TO EXPLAIN TO ME THE LEGAL-LOGIC OF THE LAW, THE-LEGAL VIEWING OF THE LAW, AND THE LEGAL-OBJECTING OF THE LAW. YES, I HAVE ENDEAVORED TO DO CONTINUOUS INDEPT RESEARCH. RE: MAN'S CONTINUOUS DEBATABLE CONSTITUTIONAL FRAMEWORK. BUT, AUGUST 17, 2017, SUSPENSION WAS A "HOW DARE YOU SIGN A COMPLAINT AGAINST A PRIVILEGE ADMINISTRATOR" WE WILL SHOW

EXHIBIT A-4

MON-L-000728-18   02/13/2018  Pg 6 of 10 Trans ID: LCV2018377985

Mail - store4433@theupsstore.com                                    Page 3 of 3

YOU! IN LIKE MANNER, IT WAS A DISLOYALTY TO THE SERVICE I PROVIDED, THE EFFORT'S IN DAILY GIVING MY BEST, GOING
BEYOND THE CALL OF DUTY, BY GOING THE EXTRA MILE. AND STARTING A DIVISIVENESS OF HIDDEN RACIAL UNDERTONE TO
RAISE IT UGLY HEAD. AUGUST 17, 2017,  SUSPENSION OF COLLUSION OF MULTI BIAS: ***A). INVESTIGATOR BIAS: STEVE K, AND
OTHER MANAGERIAL OFFICIALS, NEVER CONTACTED/INFORMED MYSELF, CHARLIE LASKAY, NOR LANESHIA WESBY, FOR
FACTUAL FACT FINDING, PRIOR MY SUSPENSION. ***B). SAMPLE BIAS: MCDSS HAS BRAZENLY, DECEPTIVELY, AND UNDER-
HANDEDLY, DENIED PEOPLE OF COLOR RE: DUE PROCESS OF PROMOTIONS. ***C). SOCIAL DESIRABILITY BIAS: MCDSS AS A
WHOLE NOT ACKNOWLEDGING ROBERT J, UNDESIRABLE BEHAVIORS. ***D). PRESTIGE BIAS: UPHOLDING A PRIVILEGED
CULTURAL WALL OF SILENT. ***E). RESPONSE BIAS; MCDSS EMPLOYER, EMPLOYEE, AND OTHERS THAT WILLFULLY CAME TO
COURT, RAISED THEIR RIGHT HAND, OR CONFIRMED TO TELL THE TRUTH. BUT, ANSWERED UNTRUTHFUL TRYING TO PULL
THE WOOL OVER ONE'S EYE, AND IT'S DECEPTIVE TACTICS SHOULD BE NEGATED IN IT'S ENTIRETY. RESPECTFULLY, A HUMAN
JUDGE, CAN NOT READ ONE'S HEART, NOR MIND, RESPECTFULLY, A HUMAN JUDGE, CAN ONLY TAKE THE MATTERS THAT'S
BEFORE THEM TO BE TRUTHFUL. "ONLY, JEHOVAH CAN READ MAN'S ♥HEART, MIND'S. JEREMIAH 17: 8-9; ONLY, "JEHOVAH IS
ABLE TO DISCERN THOUGHTS AND INTENTIONS OF THE ♥HEART". HEBREW 4:12; SO YES, I LIVE WITH A CLEAN CONSCIENCE, I
LIVE WITH A CLEAN ♥HEART AND MIND, AND A CLEAN STANDING BEFORE MY GOD. "THERE'S NOTHING THAT CAN BE
HIDDEN FROM HIM EYES" EZEKIEL 8:1-17; ENCLOSING, MAY MY STAMPED PRINT MATERIAL, INDEPT PAPER TRAIL, AND MY
"CONTINUOUS HISTORY PATTERN OF ABUSES". PROVIDE THE VALIDITY, PROOF, AND SUBSTANCE TO SHOW THE DOUBLE
STANDARDS, DISRESPECT, AND THEIR SYSTEMATIC SINGLING ME OUT, AFTER PRESENTING, ADDRESSING, LAYING BARE SOME
OF MY TRUTH'S {I STAND DOWN}. THANKING ALL INADVANCE. BOARD OF REVIEW, I CLOSE IN MY FINAL APPEAL
RESPECTFULLY, YOUR HONOR, I OPEN MY CASE TO YOU, WAITING FOR OUR NEXT PHONE CONVERSATION JANUARY 19, 2017,
MAY WE ALL WELCOME, ENTER, AND EMBRACE "2018" WITH LOVE, LAUGHTER,  FAMILY, FRIENDS, AND HOPE. INDEARING
WORD LIKEWISE, TO YOU STEVEN KLIENMAN.

# EXHIBIT A-5



Summary of response and suggested state therefrom for the above counseling session with staff member Bernardat Barnes

Employee appeared for notice of counseling on above date. Ms. Barnes commented that she felt she was disrespected and singled out during the interaction with her immediate supervisor Diane Prochnow, regarding an instruction to perform a specified duty. Employee expressed displeasure with the tone and delivery of the directive from Ms. Prochnow.

Employee was counseled and advised on specific method that was used to communicate these concerns, ie. use of County technology and property to convey her message, referred to in copies of County polices attached to the original Notice of Counseling. In addition, it was advised to refrain from, and avoid the use of, any language and terms that could be construed as being hostile and/or insubordinate.

Employee was informed of her right to voice her personal concerns and contest how she perceived she was treated during the incident in question. It was suggested that a different approach should be taken in the event of any similar occurrences in the future. Ms. Barnes was counseled that if she has similar issues she would like to bring attention to, she should calmly and politely request a scheduled meeting with her Supervisor and the Supervisory Clerk within the unit to sit down and rationally discuss the situation and attempt to reach a conciliatory resolution.

Ms. Barnes indicated she would be willing to adopt this approach from this point forward. The employee presented a typed response to the Notice of Counseling which was prepared prior to the meeting. She was offered the opportunity to reconsider if she wished to present the pre-prepared response or to submit a formal response at a later date. Ms. Barnes indicated she wished to present and submit the response as attached.

Robert Jaichner

Asst. Administrative Supervisor

④
① March 30, 2017 Meeting They Still Keep Saying Alleged Meeting They Have This Form
② They Keep Saying I making This Up?
③ I Followed Mr Jaichner Steps In This Letter He Denied Me The Request For The Meeting? July 20, 2017 August 10, 2017 Incident
I Was Suspended August 17, 2017 No Prior Meeting Is That ?

EXHIBIT A-6

MON-L-000728-18   02/13/2018 Pg 8 of 10 Trans ID: LCV2018377985

RE: SUMMARY LIST OF INDIVIDUALS CHARGES NOT LIMITED T... - The UPS S...   Page 1 of 3

# RE: SUMMARY LIST OF INDIVIDUALS CHARGES NOT LIMITED TO EACH PARTY. MONMOUTH COUNTY DIVISION OF SOCIAL SERVICES ( ET AL). ATTACHED DEFENDANTS LIST.

Bernacine Barnes <bbarnes196319632@gmail.com>

Thu 2/15/2018 2:31 PM

To:The UPS Store #4433 <store4433@theupsstore.com>;

LIST OF CHARGES NOT LIMITED TO EACH PARTY: IN CIVIL RIGHTS BASHING, COLLUSION, SINGLING ME OUT, VIOLATION OF ALL MY AMENDMENT'S, RELIGIOUS AND ADA, DISCRIMINATION, BULLYING, HOSTILE WORK ENVIRONMENT, PSYCHOLOGICAL DAMAGE TO THE DETRIMENTAL OF MY TERMINATION FROM EMPLOYMENT AND THING'S LIKE THESE, THAT ARE NOT ALL LISTED. *THIRD* SUSPENSION: AUGUST 17, 2017. TERMINATION: (?) LETTER NEVER SENT. (STILL REQUESTING LETTER OF PROOF).

NOTICE TO AGENT IS NOTICE TO PRINCIPLE. NOTICE TO PRINCIPLE IS NOTICE TO AGENT.

1). *FREEHOLDERS: PRESENT: AS A ENTITIES HAS CONTINUALLY BEEN PUT ON NOTICE OF THE CONTINUOUS "PSYCHOLOGICAL ABUSES" BY MEANS OF PUBLIC SPEAKING AT THE FREEHOLDER'S AGENDA MEETINGS, READING FROM A PREPARED STATEMENT, I HAVE CALLED {CRYING ON THE PHONE, LEAVING A MESSAGE ON A RECORDED LINE FOR MR JOHN P. CURLY), MET ONCE IN PERSON WITH MRS L BURRY, (NOTHING), WOULD NOT ANSWER MY CALLS, E-MAIL CERTIFIED LETTERS. MET ONCE WITH MR ARNONE. (NOTHING), WOULD NOT ANSWER MY CALLS, EMAILS, CERTIFIED MAIL. MR CURLEY, ("REALLY TRIED") WAS BLOCKED BY STEVE K, FEMALE (SEC'Y) INFORMED ME TO TAKE ALL DOCUMENTATION TO THE COUNTY CLERK OFFICE. *AND THINGS LIKE THESE, THAT ARE NOT ALL LISTED.

2). *GLENN TALVERA:  PRESENT AT MEETING'S, WITHELD JUSTIFIABLE EVIDENCE IN NOT REPORTING A FIRST HAND EYE WITNESS ASSAULT ACCOUNT, THAT WAS TOLD TO HIM AND MRS THOMAS IN THE SAME MEETING BY MRS BARNES, NOT SEEKING ANY PREVENTION MEASURES FOR (REMOVING MRS BARNES FROM THE UNIT FOR HER PROTECTION AND SAFETY). LACK OF/NON INVESTIGATING WITH A FOLLOW UP, NOR SEEKING ADDITIONAL VERIFICATIONS WITH A FOLLOW UP, TAMPERING WITH EVIDENCE, (BY REMOVING 2 DOCUMENTS FROM MY AUGUST 17, 2017 SUSPENSION FORMS) REPLACING THEM WITH TWO OTHER FORMS, HINDER BY NOT SENDING EVIDENCE TO (UIB), WITHHELD WITNESS STATEMENT'S, WRITE UP'S,  POVIDED FRAUDULENT REPORTS OF WITNESS STATEMENTS, WITHHOLDING OR NOT PRESENTING THE REAL WITNESS, SENT FRAUDULENT DOCUMENTATION TO UNEMPLOYMENT=UIB, WITHHELD SENDING ME DOCUMENTATIONS, RE: UIB, MAKING FALSIFYING STATEMENTS ON A COURT OFFICIAL LINE BY COMMITTING PERJURY, IN VIOLATION OF ALL MRS BARNES AMENDMENT'S, CIVIL RIGHT'S, CONSTITUTIONAL RIGHT'S. *AND THING'S LIKE THESE, THAT ARE NOT ALL LISTED.

3). *STEVE KLEINMAN:  PRESENT AT MEETINGS, COMMITED PERJURY BY MAKING UNFOUNDED BIAS FALSE ALLEGATION TO PREVENT JUSTICE IN A BINDING LEGAL CASE MATTERS, ON A RECORDED LINE. I CRYED OUT ON A RECORED LINE, (STEVE MESSAGE MACHINE), CRIED OUT TO HONORABLE JUDGE CALEMMO ON A PHONE CONFERENCE (RECORED LINE), HE MADE FRAUDULENT CHARGES OF SENDING E-MAIL TO THE HONORABLE JUDGE CALEMMO, (FROM FRANK TRAGON)THAT WAS NEVER ORIGINALLY SENT TO MRS BARNES, FORCED COWORKER'S TO WRITE FALSE STATEMENT'S AGAINST ME, (SOME WAS NOT EVEN PRESENT)  NOT LIMITED TO GLENN TALVERA, DESCRIPTION. *AND THING'S LIKE THESE, THAT ARE NOT ALL LISTED.

4). *GWENDOLYN THOMAS: PRESENT AT MEETING'S, SUBPOENA FOR COURT, DENIED HOW MANY TIMES WE HAD  CONTACT, DID SAY IN COURT, I NEVER DISRESPECTED HER. NOT LIMITED TO GLENN TALVERA DESCRIPTION *AND THING'S LIKE THESE, THAT ARE NOT ALL LISTED.

5).*JEFFREY SCHWARTZ: PRESENT AT MEETING'S, IN A MEETING SET UP BY (FREEHOLDER MR CURLEY). IN RESPONSE TO MR SCHWARTZ SAYING MY ACCOUNTS WERE ACCUSATIONS. I SAID: THESE ARE NOT ACCUSATIONS THESE ARE FACTS. MR SCHWARTZ SAID; THEN IT WOULD BE HARD FOR ME TO BELIEVE THESE PEOPLE'S DID THIS TO YOU, YOUR TAKING NAME

# EXHIBIT A-7

RE: SUMMARY LIST OF INDIVIDUALS CHARGES NOT LIMITED T... - The UPS S...   Page 2 of 3

THROWING THEM INTO A MELTING POT. I STARTED CRYING. HE NEVER KEPT HIS WORD TO HAVE A SECOND MEETING. TO MAKE ME WHOLE. (PER MR DANGLER REQUEST), ALL PRESENT: HR: GRANDVILLE L. (PRESENTLY-RETIRED), UNION PRESIDENT: CHARLENE S, VICE PRESIDENT: LORENZO D. SCHWARTZ WRITTEN FINAL EVALUATION SENT TO ME STATED "UNFOUNDED." HE ATTENDED MOST OF THE MEETINGS, HANDED ME MY "FIRST" SUSPENSION LETTER. NOT LIMITED TO GLENN TALVERA, DESCRIPTION *AND THING'S LIKE THESE, THAT ARE NOT ALL LISTED.

6). *LORRAINE SCHEIBENER: PRESENT AT MEETING'S, VIOLATED MY 4th AMENDMENT, (REMOVING MY PERSONAL BELONGING'S FROM MY DESK NO ONE EAS PRESENT). NEVER INVESTIGATED MULTI COMPLAINTS, NEVER DID FOLLOW UP, INVESTIGATED ONLY COMPLAINTS MADE TOWARD ME, YES, FOLLOWED UP BY WRITTEN STATEMENTS, SENT OUT COVER YOUR BUTT LETTERS, STATED IN A MEETING SHE NEVER SAW MRS BARNES ADA FORM. MCDSS AND AFFILIATE'S HIRED LORRAINE S, IN THE {{{{{(SAME MONTH)}}}}}} SHE RETIRED (PER LORRAINE S), HER STYLE OF INCOMPETENCE TRAVELED WITH HER, GENERATING ANOTHER LAWSUIT. (PRIOR, WARREN COUNTY LAWSUIT). ***I'M ASKING, WAS HER PAST EXPERIENCES TAKEN INTO CONSIDERATION BEFORE HIRING HER? REPEAT, CAUSING MRS BARNES ADDITIONAL HOSTILE WORK ENVIRONMENT. DID SAY IN COURT, I NEVER DISREPECTED HER. NOT LIMITED TO GLENN TALVERA, DESCRIPTION *AND THINGS LIKE THESE, THAT ARE NO ALL LISTED.

7). *FRANK TRAGON: PRESENT AT MEETING'S, MADE FRAUDULENT CHARGES OF SENDING E-MAIL TO MRS BARNES, NEVER CAME TO COURT TO GIVE VALIDITY OF SENDING DUCH E-MAIL, (PAINTING INCIDENT) SENT OUT CC: E-MAILS OF FRAUDULENT CLAIMS, SETTLEMENTS, THAT NEVER TOOK PLACE AGAINST MRS BARNES, STATED IN A MEETING HE NEVER SAW MRS BARNES ADA FORM, HANDLED ADA MATTERS, NOT LIMITED TO GLENN TALVERA, DESCRIPTION *AND THING'S LIKE THESE, THAT ARE NOT ALL LISTED.

8). *AMY KLINGHOFFER: PRESENT AT MEETING'S, HER AND LORRAINE TOGETHER WAS RESPONSIBLE TO INVESTIGATE, MEDIATE, DO FOLLOW CHECK UP'S, (NEVER), FRAUDULENT CHARGES THAT SHE HAD AN E-MAIL THAT WAS NEVER PRESENT TO HONORABLE JUDGE CALEMMO, (NEVER). FORCE CO WORKER'S TO WRITE FRAUDULENT STATEMENT AGAINST ME, (SOME WAS NOT EVEN PRESENT), AMY STATED MY (((RED TAG MEDICAL RECORDS))) WAS LOST, I WAS NEVER INFORMED BY WORD OF "MOUTH", "E-MAIL", "CERTIFIED MAIL". NOT LIMITED TO GLENN TALVERA, DESCRIPTION *AND THINGS LIKE THESE, THAT ARE NOT ALL LISTED.

9). JOANN MCWILLIAMS: PRESENT AT MEETING, VIOLATED THE UNION ETHIC CODE OF UNION REPRESENTATION TO A UNION MEMBER, NOT REPORTING ABUSE OF A UNION MEMBER TO MANAGEMENT (PER UNION MEMBER REQUEST). REFUSE TO REVEAL FACTUAL MEETING CONVERSATIONS, COMMITTED PERJURY IN COURT. DECEMBER 12, 2017 NOT LIMITED TO GLENN TALVERA, DESCRIPTION *AND THING'S LIKE THESE, THAT ARE NOT ALL LISTED.

10). *ROBERT JAICHNER: PRESENT AT MEETING, ASSAULT ME IN MARCH 30, 2017 "COUNSELING MEETING" VIOLATION BY STALKING ME, WATCHING ME OUT THE WINDOW, DOCKING ONLY MY TIME FOR GOING BACK TO MY CAR, TURNING HIS CHAIN AROUND WATCHING ME WHILE SITTING IN DIANE OFFICE, RETALIATORY ACTION FOR ME REPORTING DIANE PROCHNOW FOR SELLING AVON IN OFFICE WHILE ON AGENCY TIME, COMMITED PREJURY IN COURT SEVERAL TIMES, MEDIATION, AND DECEMBER 12, 2017. NOT LIMITED TO GLENN TALVERA, DESCRIPTION *AND THING'S LIKE THESE, THAT ARE NOT LISTED.

11). *DIANE PROCHNOW: PRESENT AT MEETINGS, COMMITED PREJURY IN COURT DECEMBER 12, 2017, RETALIATORY ACT FOR ME REPORTING HER SELLING AVON IN HER OFFICE DURING WORK HOURS, FORCE ME TO CALL CUSTOMER BACK FOR FACT FINDING INFORMATION, DISRUPTING WORK FLOW IN SPEAKING TO ME IN A HOSTILE TONE AND MANNER ON THE FLOOR IN FRONT OF CO-WORKERS, CONTINUED SINGLING ME OUT AFTER DIRECT WRITTEN NOTICES TO STOP, HALT, CEASE AND DESIST LETTERS FROM MRS BARNES. DENIED ME TRAINING, NOT LIMITED TO GLENN TALVERA, DESCRIPTION *AND THING'S LIKE THESE, THAT ARE NOT ALL LISTED.

12). *VICTORIA JARDIN:  MEETING, MET WITH (7) REGARDING A MATTER THAT INVOLVED ME THAT I WAS NEVER INFORMED OF, SPOKEN TO BY MCDSS, AFFILIATE'S, NOR UNION. PRIOR MY SUSPENSION ON AUGUST 17, 2017 (NEVER). MADE A FRAUDULENT REPORT BY WITHHOLDING FACTS CAUSING A PERVERSION OF JUSTICE, BY NOT BEING TRUTHFUL IN HER WRITTEN STATEMENT USED AS AN EXHIBIT IN THE OUTCOME OF ME BEING TERMINATED. NOT LIMITED TO GLENN TALVERA, DESCRIPTION *AND THING'S LIKE THESE, THAT ARE NOT ALL LISTED.

13). *ALICE O'CONNORS PRESENT AT MEETING'S, WAS SENT WRITTEN DOCUMENTATION, "PLEASANT LADY." I'M NOT AWARE IF SHE TOOK ANY ACTION AGAINST THE ONSLAUGHT OF COLLUSION, INDEPT WRITTEN COMPLAINT'S SUBMITTED, AND CONTINUOUS ATROCITIES OF HARASSMENTS AGAINST ME. (NOT SURE). NOT LIMITED TO GLENN TALVERA DESCRIPTION.

EXHIBIT A-8

SUMMONS

**DULY SERVED**

DATE: 3/19/18

Attorney(s) Dernacine M. Barnes

Office Address —

Town, State, Zip Code 303 7th Avenue Apt3
P.O. Box 1281
Asbury Park NJ 07712

Telephone Number (732) 695-2432

Attorney(s) for Plaintiff "Pro Se"

Superior Court of
New Jersey

OFFICER / PROCESS SERVER

Monmouth County

1 Division

Docket No: MON L-00728 18

Dernacine M. Barnes
303 7th Avenue Apt3
Plaintiff(s) Asbury Park, NJ 07712

vs.

Monmouth County Division Of Social Service
( ET AL )See Attached Defendant List
Defendant(s)

**CIVIL ACTION
SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

   The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

   If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

   If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith* /hb
Clerk of the Superior Court

DATED: 3-13-2018

Name of Defendant to Be Served: Freeholder (Director) Thomas A. Arrone

Address of Defendant to Be Served: 1 East Main Street Freehold, NJ 07728
* Hall Of Record

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

EXHIBIT B

SUMMONS

DULY SERVED

DATE 3/9/18

OFFICER / PROCESS SERVER

Attorney(s) _Bernadine M. Barnes_

Office Address

Town, State, Zip Code _303 7th Avenue Apt 3_
P.O. Box 1281
_Asbury Park, NJ_  _Asbury Park NJ 07712_
Telephone Number _(732) 685-2432_

Attorney(s) for Plaintiff _"Pro Se"_

_Bernadine M. Barnes_
_303 7th Avenue Apt 3_
Plaintiff(s) _Asbury Park, NJ 07712_

vs.

_Monmouth County Division of Social Service_
_( ET AL) See Attached Defendant List_
Defendant(s)

Superior Court of
New Jersey

_Monmouth_ County

_1_ Division

Docket No: _MON L-00728 18_

CIVIL ACTION
SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

_Michelle M. Smith /hb_
Clerk of the Superior Court

DATED: _3-13-2018_

Name of Defendant to Be Served: _Freeholder (Deputy Director) Lillian G. Burry_

Address of Defendant to Be Served: _1 East Main Street Freehold, NJ 07728_
_* Hall of Record_

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

EXHIBIT B-1

SUMMONS

**DULY SERVED**

DATE: _3/19/18_

Attorney(s) _BERNADINE M. BARNES_

Office Address

Town, State, Zip Code _303 7th Avenue Apt 3_
P.O. Box 1281 _Asbury Park NJ 07712_
_Asbury Park, NJ._
Telephone Number _(732) 685-2432_

Attorney(s) for Plaintiff _"Pro Se"_

_BernaDine M BARNES_
_303 7th Avenue Apt 3_
Plaintiff(s) _Asbury Park, NJ 07712_

vs.

_Monmouth County Division of Social Service_
_(ET AL) See Attached Defendant List_
Defendant(s)

Superior Court of
New Jersey

OFFICER / PROCESS SERVER

_Monmouth_ County

_1_ Division

Docket No: _MON L-00728 18_

**CIVIL ACTION**

**SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

_Michelle M. Smith /hb_
Clerk of the Superior Court

DATED: _3-13-2018_

Name of Defendant to Be Served: _Freeholder; John P. Curley_

Address of Defendant to Be Served: _1 East Main Street Freehold, NJ 07728_
_* Hall of Record_

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

**EXHIBIT** _B-2_

SUMMONS

DULY SERVED
DATE _____

Attorney(s) BERNADINE M. BARNES

Office Address

Town, State, Zip Code: 303 7th Avenue Apt 3
P.O. Box 128L   Asbury Park NJ 07712
Asbury Park, NJ   (732) 645-2432
Telephone Number

Attorney(s) for Plaintiff   "Pro Se"

BERNADINE M. BARNES
303 7th Avenue Apt 3
Plaintiff(s) Asbury Park, NJ 07712

vs.

Monmouth County Division Of Social Service
(ET AL) See Attached Defendant List
Defendant(s)

Superior Court
New Jersey
Monmouth County

1 Division

Docket No: MON L-00728 18

CIVIL ACTION
SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith /hb*
Clerk of the Superior Court

DATED: 3-13-2018

Name of Defendant to Be Served: Freeholder: Gerry P. Scharfenberger Ph.D.

Address of Defendant to Be Served: 1 East Main Street Freehold, NJ 07728
* Hall of Record

EXHIBIT B-3

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

SUMMONS

Attorney(s) Bernadine M. Barnes

Office Address —

Town, State, Zip Code 303 7th Avenue Apt 3
P.O. Box 1281    Ashbury Park NJ 07712
Asbury Park NJ
Telephone Number (732) 645-2432

Attorney(s) for Plaintiff "In Pro Se"

Bernadine M. Barnes
303 7th Avenue Apt 3
Plaintiff(s) Asbury Park NJ 07712

vs.

Monmouth County Division Of Social Service
(ET AL) See Attached Defendant List
Defendant(s)

**DULY SERVED**

DATE: 3/9/18

**OFFICER / PROCESS SERVER**

Superior Court of
New Jersey

Monmouth County

Division

Docket No: MON L-00728 18

## CIVIL ACTION

## SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith /hb*
Clerk of the Superior Court

DATED: 3-13-2018

Name of Defendant to Be Served: Freeholder: Patrick Impreveduto

Address of Defendant to Be Served: 1 East Main Street Freehold, NJ 07728
* Hall Of Record

EXHIBIT B-4

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

SUMMONS

**DULY SERVED**

DATE: _3/19/18_

OFFICER / PROCESS SERVER

Attorney(s) *Bernacine M. Barnes*

Office Address

Town, State, Zip Code *303 7th Avenue Apt3*
*P.O. Box 1281* *Asbury Park NJ 07712*
*Asbury Park NJ*
Telephone Number *(732) 685-2452*

Attorney(s) for Plaintiff "*Pro Se*"

*Bernacine M. Barnes*
*303 7th Avenue Apt3*
Plaintiff(s) *Asbury Park, NJ 07712*

vs.

*Monmouth County Division of Social Service*
*(ET AL) See Attached Defendant List*
Defendant(s)

Superior Court of
New Jersey

*Monmouth* County

_1_ Division

Docket No: *MON L-00728 18*

**CIVIL ACTION**

**SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.nicourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.nicourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith /hb*
Clerk of the Superior Court

DATED: _3-13-2018_

Name of Defendant to Be Served: *Steven Kleinman*

Address of Defendant to Be Served: *1 East Main Street Freehold, NJ 07728*
*Hall Of Record*

**EXHIBIT B-5**

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

SUMMONS

**DULY SERVED**

Attorney(s) BERNADINE M. BARNES

Office Address

Town, State, Zip Code 303 7th Avenue Apt 3
P.O. Box 1281 Asbury Park NJ 07712
Asbury Park NJ

Telephone Number (732) 685-2432

Attorney(s) for Plaintiff "Pro Se"

BERNADINE M. BARNES
303 7th Avenue Apt 3
Plaintiff(s) Asbury Park, NJ 07712

DATE: 3/19/18

Superior Court of NJ

New Jersey

OFFICER / PROCESS SERVER

Monmouth County

Division

Docket No: MON L-00728 18

vs.

Monmouth County Division Of Social Service
(ET AL) See Attached Defendant List

Defendant(s)

**CIVIL ACTION**
**SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith /hb*

Clerk of the Superior Court

DATED: 3-13-2018

Name of Defendant to Be Served: Alice O'Connors

Address of Defendant to Be Served: 1 East Main Street Freehold, NJ 07728
* Hall Of Record

**EXHIBIT B-6**

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

SUMMONS

Attorney(s) _Bernadine M. Barnes_

Office Address _____

Town, State, Zip Code _303 7th Avenue Apt 3_
_P.O. Box 1281_
_Asbury Park NJ 07712_
Telephone Number _(732) 685-2432_

Attorney(s) for Plaintiff _"Pro Se"_

_Bernadine M. Barnes_
_303 7th Avenue Apt 3_
Plaintiff(s) _Asbury Park, NJ 07712_

vs.

_Monmouth County Division Of Social Service_
_(ET AL) See Attached Defendant List_
Defendant(s)

**Superior Court of
New Jersey**

_Monmouth_ County

_1_ Division

Docket No: _MON L-00728 18_

CIVIL ACTION
SUMMONS

DULY SERVED
DATE: 3/19/18

OFFICER / PROCESS SERVER

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ  08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed.  You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529).  If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

_Michelle M. Smith /hb_

Clerk of the Superior Court

DATED: _3-13-2018_

Name of Defendant to Be Served: _Gwendolyn Thomas_

Address of Defendant to Be Served: _1 East Main Street Freehold, NJ 07728_
_* Hall Of Record_

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

EXHIBIT B-7

SUMMONS

DULY SERVED

DATE: 3/19/18

Attorney(s) BERNADINE M. BARNES

Office Address

Town, State, Zip Code: 303 7th Avenue Apt 3

P.O. Box 1281

Asbury Park NJ  Asbury Park NJ 07712

Telephone Number (732) 695-2432

Attorney(s) for Plaintiff  "Pro Se"

Superior Court of NJ

OFFICER / PROCESS SERVER

Monmouth County

1 Division

Docket No: MON L-00728 18

BERNADINE M. BARNES

303 7th Avenue Apt 3

Plaintiff(s) Asbury Park, NJ 07712

vs.

Monmouth County Division of Social Service

(ET AL) See Attached Defendant List

Defendant(s)

**CIVIL ACTION**

**SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith /hb*
Clerk of the Superior Court

DATED: 3-13-2018

Name of Defendant to Be Served: Glenn Talvera

Address of Defendant to Be Served: 1 East Main Street Freehold, NJ 07728

* Hall Of Record

EXHIBIT B-8

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

SUMMONS

**DULY SERVED**

DATE: 3/19/18

Superior Court of _____

New Jersey

OFFICER / PROCESS SERVER

Attorney(s) Bernaine M. Barnes

Office Address

Town, State, Zip Code 303 7th Avenue Apt3

P.O. Box 1281 Asbury Park NJ 07712

Asbury Park, NJ

Telephone Number (732) 685-2432

Attorney(s) for Plaintiff "Pro Se"

Bernaine M. Barnes
303 7th Avenue Apt3
Plaintiff(s) Asbury Park, NJ 07712

Monmouth County

_____ Division

Docket No: MON L-00728 18

vs.

Monmouth County Division of Social Service
(ET AL) See Attached Defendant List
Defendant(s)

**CIVIL ACTION**

**SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

_Michelle M. Smith_ /hb
Clerk of the Superior Court

DATED: 3-13-2018

Name of Defendant to Be Served: Frank Trango

Address of Defendant to Be Served: 1 East Main Street Freehold, NJ 07728
* Hall of Record

**EXHIBIT B-9**

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

SUMMONS

**DULY SERVED**

DATE: _3/14/18_

Attorney(s) _Bernadine M. Barnes_

Office Address ____

Town, State, Zip Code _303 7th Avenue Apt 3_

P.O. Box 1281 _Asbury Park NJ 07712_

Asbury Park, NJ

Telephone Number _(732) 685-2432_

Attorney(s) for Plaintiff _"Pro Se"_

_Bernadine M. Barnes_
_303 7th Avenue Apt 3_
Plaintiff(s) _Asbury Park, NJ 07712_

vs.

_Monmouth County Division of Social Service_
_(ET AL) See Attached Defendant List_
Defendant(s)

Superior Court of
New Jersey

OFFICER / PROCESS SERVER

_Monmouth_ County

____ Division

Docket No: _MON L-00728 18_

**CIVIL ACTION
SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

_Michelle M. Smith /hb_
Clerk of the Superior Court

DATED: _3-13-2018_

Name of Defendant to Be Served: _Diane Prochnow_

Address of Defendant to Be Served: _3000 Kozlowski Road Freehold, NJ 07728_

EXHIBIT B-10

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

Case 3:18-cv-07752   Document 1   Filed 04/16/18   Page 25 of 31 PageID: 25

**SUMMONS**

**DULY SERVED**

DATE: 3/14/18

OFFICER / PROCESS SERVER

Attorney(s) Bernadine M. Barnes

Office Address

Town, State, Zip Code 303 7th Avenue Apt 3
P.O. Box 1281
Asbury Park, NJ    Asbury Park NJ 07712

Telephone Number (732) 685-2432

Attorney(s) for Plaintiff "Pro Se"

Bernadine M. Barnes
303 7th Avenue Apt 3
Plaintiff(s) Asbury Park, NJ 07712

vs.

Monmouth County Division of Social Service
(ET AL) See Attached Defendant List
Defendant(s)

Superior Court of
New Jersey

Monmouth County

1 Division

Docket No: MON L-00728 18

**CIVIL ACTION
SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached
to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written
answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days
from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy
clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at
http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your
written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex,
P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case
Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when
it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above,
or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written
answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your
defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for
the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your
money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal
Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are
not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services.
A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil
Division Management Office in the county listed above and online at
http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith /hb*
Clerk of the Superior Court

DATED: 3-13-2018

Name of Defendant to Be Served: Joann McWilliams

Address of Defendant to Be Served: 3000 Kozlowski Road Freehold,
NJ 07728

**EXHIBIT D-11**

Revised 11/17/2014 CN 10792-English (Appendix XII-A)

DULY SERVED

DATE: 3/9/18

OFFICER / PROCESS SERVER

SUMMONS

Attorney(s) Bernadine M. Barnes
Office Address
Town, State, Zip Code 303 7th Avenue, Apt 3
P.O. Box 128L   Asbury Park NJ 07712
Asbury Park NJ
Telephone Number (732) 685-2432
Attorney(s) for Plaintiff "Pro Se"

Bernadine M. Barnes
303 7th Avenue Apt 3
Plaintiff(s) Asbury Park, NJ 07712

vs.

Monmouth County Division of Social Service
(ET AL) See Attached Defendant List
Defendant(s)

**Superior Court of**
**New Jersey**

Monmouth County

1   Division

Docket No: MON L-00728-18

**CIVIL ACTION**
**SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith /hb*
Clerk of the Superior Court

DATED: 3-13-2018

Name of Defendant to Be Served: Jeffery Schwartz

Address of Defendant to Be Served: 3000 Kozlowski Road Freehold, NJ 07728

EXHIBIT B-12

SUMMONS

**DULY SERVED**

DATE: 3/9/18

OFFICER / PROCESS SERVER

Attorney(s) BERNADINE M. BARNES

Office Address

Town, State, Zip Code 303 7th Avenue Apt 3
P.O. Box 1281
Asbury Park NJ 07712

Telephone Number (732) 685-2432

Attorney(s) for Plaintiff "Pro Se"

BERNADINE M. BARNES
303 7th Avenue Apt 3

Plaintiff(s) Asbury Park, NJ 07712

vs.

Monmouth County Division Of Social Service
(ET AL) See Attached Defendant List
Defendant(s)

**Superior Court of
New Jersey**

Monmouth County

_____ Division

Docket No: MON L-00728 18

**CIVIL ACTION
SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith /hb*
Clerk of the Superior Court

DATED: 3-13-2018

Name of Defendant to Be Served: Robert Jaichner

Address of Defendant to Be Served: 3000 Kozlowski Road Freehold, NJ 07728

EXHIBIT B-13

Revised 11/17/2014  CN 10792-English (Appendix XII-A)

SUMMONS

Attorney(s) *Bernadine M. Barnes*

Office Address

Town, State, Zip Code *303 7th Avenue Apt 3*

*P.O. Box 1281*
*Asbury Park NJ* *Asbury Park NJ 07712*

Telephone Number *(732) 645-2432*

Attorney(s) for Plaintiff *"Pro Se"*

*Bernadine M. Barnes*
*303 7th Avenue Apt 3*

Plaintiff(s) *Asbury Park NJ 07712*

vs.

*Monmouth County Division Of Social Service*
*(ET AL) See Attached Defendant List*

Defendant(s)

DULY SERVED

DATE:

Superior Court of
New Jersey
OFFICER / PROCESS SERVER

*Monmouth* County

_____ Division

Docket No: *MON L-00728 18*

CIVIL ACTION
SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

   The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

   If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

   If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith /hb*
Clerk of the Superior Court

DATED: *3-13-2018*

Name of Defendant to Be Served: *Lorraine Scheibener*

Address of Defendant to Be Served: *3000 Kozlowski Road Freehold, NJ 07728*

EXHIBIT *B-14*

...CN 10792-English (Appendix XII-A)

## SUMMONS

Attorney(s) *Bernadine M. Barnes*

Office Address

Town, State, Zip Code: *303 7th Avenue Apt 3*
*P.O. Box 1281* *Ashbury Park NJ 07712*
*Ashbury Park NJ*

Telephone Number *(332) 685-2452*

Attorney(s) for Plaintiff *"Pro Se"*

*Bernadine M. Barnes*
*303 7th Avenue Apt 3*

Plaintiff(s) *Ashbury Park, NJ 07712*

vs.

*Monmouth County Division of Social Service*
*( ET AL ) See Attached Defendant List*

Defendant(s)

**Superior Court of
New Jersey**

*Monmouth* County

___ Division

Docket No: *MON L-00728 18*

DULY SERVED

**CIVIL ACTION
SUMMONS**

OFFICER / PROCESS SERVER

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith /hb*
Clerk of the Superior Court

DATED: *3-13-2018*

Name of Defendant to Be Served: *Amy Klinghoffer*

Address of Defendant to Be Served: *3000 Kozlowski Road Freehold, NJ 07728*

**EXHIBIT B-15**

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

SUMMONS

Attorney(s) Bernadine M. Barnes

Office Address

Town, State, Zip Code: 303 7th Avenue Apt3
PO. Box 1281
Asbury Park NJ    Asbury Park NJ 07712
Telephone Number (732) 685-2432

Attorney(s) for Plaintiff    "In ose"

Bernadine M. Barnes
303 7th Avenue Apt 3
Plaintiff(s) Asbury Park, NJ 07712

vs.

Monmouth County Division Of Social Service
(ET AL) See Attached Defendant List
Defendant(s)

**Superior Court of New Jersey**

Monmouth County

1 Division

Docket No: MON L-00728 18

DULY SERVED

CIVIL ACTION   DATE
SUMMONS

OFFICER / PROCESS SERVER

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith /hb*
Clerk of the Superior Court

DATED: 3-13-2018

Name of Defendant to Be Served: Victoria Jardin

Address of Defendant to Be Served: 3000 Kozlowski Road Freehold, NJ 07728

EXHIBIT B-16

SUMMONS

**DULY SERVED**

DATE: 3/19/18

OFFICER / PROCESS SERVER

Attorney(s) Bernadine M. Barnes

Office Address

Town, State, Zip Code 303 7th Avenue Apt 3
P.O. Box 1281
Asbury Park, NJ   Asbury Park, NJ 07712

Telephone Number (732) 685-2432

Attorney(s) for Plaintiff "Pro Se"

Superior Court
New Jersey
Monmouth County

Division

Docket No: MON L-00728 18

Bernadine M. Barnes
303 7th Avenue Apt 3
Plaintiff(s) Asbury Park, NJ 07712

**CIVIL ACTION
SUMMONS**

vs.

Monmouth County Division of Social Service
(ET AL) See Attached Defendant List

Defendant(s)

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith* /hb
Clerk of the Superior Court

DATED: 3-13-2018

Name of Defendant to Be Served: Anthony Vecchio

Address of Defendant to Be Served: One Municipal Plaza Freehold, NJ 07728

**EXHIBIT B-17**